Gina R. Tennen, Esq. CSB. 243486
LibertyBell Law Group, P.C.
245 E. Olive Ave., 4th Floor
Burbank, CA 91502
ginatennen@libertybelllaw.com
(818) 563-2355
(818) 748-1515
Attorney for Masod John Rahimi
      Retained

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>  vs<br><br>MASOD JOHN RAHIMI and<br>MONSORE RAHIMI ,<br><br>        Defendants. | Case No. 2:11-cr-00211<br><br>**STIPULATED MOTION TO ADJUSTING TIME** |

**COMES NOW** the Defendants, **Masod John Rahimi and Monsore Rahimi**, by and though his attorney undersigned, and hereby moves this Court for adjusting the time of Status Conference currently scheduled for, May 17, 2012, at 9:00 a.m., in Courtroom 7, before the Honorable Judge Morrison C. England, Jr., and stipulate that the time be changed to 11:00am. The reasons are; the earliest available flight arrives in Sacramento at, 10:20 a.m. In addition, Assistant United States of America, Mike Beckwith has been notified and expresses no objection.

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE**
1

1  For the foregoing reasons Defendants, Masod John Rahimi and Monsore Rahimi, Plaintiff, The United States of America, by and though their respective counsel, Gina Tennen, Esq. and Vitaly Sigal, esq., request that this adjusting of time be considered and granted.

RESPECTFULLY SUBMITTED,

DATE: April 4, 2012            By:    /s/  Gina Tennen_____
                                      GINA TENNEN, ESQ.
                                      Attorney for Masod John Rahimi

DATE: April 4, 2012            By:      /s/  Vitaly Sigal_____
                                      VITALY SIGAL, ESQ.
                                      Attorney for Monsore Rahimi

DATE: April 4, 2012            By:    /s/ Michael M. Beckwith_____
                                      MICHAEL M. BECKWITH, ESQ
                                      Attorney for United States

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE**
2

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs<br>MASOD JOHN RAHIMI and<br>MONSORE RAHIMI,<br>　　　　Defendants. | Case No. 2:11-cr-00211<br><br>STIPULATED MOTION TO<br>ADJUSTING TIME<br><br>ORDER |

**GOOD CAUSE APPEARING**, it is hereby stipulated that the Status Conference presently set for May 17, 2012, at 9:00 a.m. be moved to 11:00 a.m.

**IT IS SO ORDERED.**

April 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE**
3