Gina R. Tennen, Esq. CSB. 243486
LibertyBell Law Group, P.C.
245 E. Olive Ave., 4th Floor
Burbank, CA 91502
ginatennen@libertybelllaw.com
(818) 563-2355
(818) 748-1515
Attorney for Masod John Rahimi
     Retained

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br>          **Plaintiff,** <br>  vs <br> **MASOD JOHN RAHIMI and MONSORE RAHIMI ,** <br>          **Defendants.** | **Case No. 2:11-cr-00211** <br><br> **STIPULATED MOTION TO CONTINUE STATUS CONFERENCE; ORDER** |

**COMES NOW** the Defendants, Masod John Rahimi and Monsore Rahimi, by and though his attorney undersigned, and hereby moves this Court for a continuance, with a stipulation by Assistant United States Attorney, Michael Beckwith of the Sentencing hearing currently scheduled for, January 10, 2013, at 9:00 a.m., in Courtroom 7, before the Honorable Judge Morrison C. England, Jr. The reasons are as follows:

1.    Case number 10031861 is currently pending against Mr. Rahimi in the Superior Court of San Francisco;

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE**
1

2. Mr. Rahimi has counsel in case number 10031861 Mr. Harris Taback, who is currently in the process of resolving that matter. The outcome of that case may impact Mr. Rahimi's sentencing;

3. Assistant United States, Michael Beckwith, stipulates to this continuance;

4. Finally, Masod Rahimi, by and through undersigned counsel and Assistant United States Attorney, Michael Beckwith stipulate that this continuance is necessary for the reasons mentioned above and is in the interests of justice for both parties.

For the foregoing reasons Defendant, Masod John Rahimi, Plaintiff, The United States of America, by and though their respective counsel, Gina Tennen, Esq. request that this continuance of time be considered and granted to February 21, 2013 at 9:00am.

                                                         RESPECTFULLY SUBMITTED,

DATE: December 17, 2012                By: ___/s/ Gina Tennen_____
                                                        GINA TENNEN, ESQ.
                                                        Attorney for Masod John Rahimi

DATE: Deember 17, 2012                 By: _____/s/    Vitaly Sigal_____
                                                        VITALY SIGAL, ESQ.
                                                        Attorney for Monsore Rahimi

DATE: December 17, 2012                By: ___/s/ Michael M. Beckwith_____
                                                        MICHAEL M. BECKWITH, ESQ
                                                        Attorney for United States

**STIPULATED MOTION TO CONTINUE STATUS CONFERENCE**

# ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing presently set for January 10, 2013 be **continued to February 21, 2013 at 9 a.m.** in Courtroom 7.

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT