HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MASOD JOHN RAHIMI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MASOD JOHN RAHIMI,<br><br>　　　　　　Defendant. | No. Cr. S 11-211 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, JR. |

　　　　Defendant, MASOD JOHN RAHIMI by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On March 4, 2013 this Court sentenced Mr. Rahimi to a term of 109 months imprisonment;

　　　　3.　　His total offense level was 34, his criminal history category was II, the resulting guideline range was 168 to 210 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4.  The sentencing range applicable to Mr. Rahimi was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.  Mr. Rahimi's total offense level has been reduced from 34 to 32, and his amended guideline range is 135 to 168 months; a reduction comparable to the one received at the initial sentencing would produce a term of 87 months;

6.  Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Rahimi' term of imprisonment to 87 months.

Respectfully submitted,

Dated:  March 9, 2015                    Dated:   March 9, 2015

BENJAMIN B. WAGNER                HEATHER E. WILLIAMS
United States Attorney                 Federal Defender


 /s/ *Jason Hitt*                                  /s/ *David M. Porter*
JASON HITT                             DAVID M. PORTER
Assistant U.S. Attorney                Assistant Federal Defender

Attorney for Plaintiff                 Attorney for Defendant
UNITED STATES OF AMERICA               MASOD JOHN RAHIMI

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Rahimi is entitled to the benefit Amendment 782, which reduces the total offense level from 34 to 32, resulting in an amended guideline range of 135 to 168 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2013 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1  reduction in sentence, and shall serve certified copies of the amended judgment on the United
2  States Bureau of Prisons and the United States Probation Office.
3       Unless otherwise ordered, Mr. Rahimi shall report to the United States Probation Office
4  within seventy-two hours after his release.
5       IT IS SO ORDERED.
6  Dated:  March 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT